**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

October 6, 2023

LETTER TO COUNSEL

    Re:    *United States of America v. Charvez Brooks*
             Criminal No.: ELH-20-0034

Dear Counsel:

    As you know, we convened in court on October 6, 2023, for the purpose of a guilty plea and immediate sentencing in the above case. However, the defendant decided not to proceed. Therefore, this letter shall confirm and amplify the substance of your discussions with my judicial assistant during the telephone conference held on October 6, 2023, as to the schedule that shall now govern the case.

1. Defense motions are due by the close of business on **December 8, 2023.** The government's opposition is due by the close of business on **January 8, 2024**. Replies, if any, are due by the close of business on **February 2, 2024.**

2. Motions in limine are due by the close of business on **December 15, 2023.**

3. A motions hearing (one full day), has been scheduled for **Thursday, February 22, 2024, beginning at 10:00 a.m.**

4. The parties shall submit joint proposed voir dire, joint proposed jury instructions, and a joint proposed verdict sheet due by the close of business on **March 1, 2024**. Of course, you may file separately any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree.

    Copies of all submissions should be sent by Microsoft Word format to my judicial assistant, Karen Warren, at karen_warren@mdd.uscourts.gov. Please be sure to include a table of contents and "boilerplate" instructions with the proposed jury instructions.

5. The Court will hold a pretrial conference on **Monday, April 1, 2024, at 4:00 p.m.** If the defendant wishes to attend the pretrial conference, I ask defense counsel to provide notice to the Court by **Monday, March 25, 2024**, so that arrangements may

be made for a court reporter and courtroom deputy.  In the absence of such a request, the pretrial conference will be held in Chambers.

6. Trial (jury, 5 days), will commence on **Monday, April 15, 2024.**  Counsel should report to Courtroom 5B at **9:30 a.m.** on that date.

7. **Defense counsel must arrange for a *Lafler* hearing prior to the commencement of trial.  It is my understanding that you may contact the magistrate judge on duty for such a hearing.**

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/

Ellen Lipton Hollander
United States District Judge